Allen GAILOR, Public Administrator, and Personal Representative of the Estate of Fred Whalen, Appellant,

v.

Hashim M. ALSABI, Appellee.

No. 97–SC–191–DG.

Supreme Court of Kentucky.

Dec. 17, 1998.

Allen K. GAILOR, Public Administrator and Personal Representative of the Estate of Fred Whalen, Appellant.

v.

Hashim M. ALSABI, Appellee.

No. 97–SC–191–DG.

Supreme Court of Kentucky.

Feb. 18, 1999.

Rehearing Denied June 17, 1999.

## ORDER GRANTING PETITION FOR REHEARING AND DENYING MOTION TO STRIKE

The Petition for Rehearing, filed by appellant Allen Gailor, is hereby GRANTED, and the opinion rendered by this Court on April 16, 1998, is withdrawn.

The Motion to Strike the Petition is DENIED.

COOPER, GRAVES, JOHNSTONE and STEPHENS, JJ., would grant the Petition for Rehearing and deny the motion to strike.

LAMBERT, C.J., STUMBO and WINTERSHEIMER, JJ., would deny the Petition for Rehearing and deny the motion to strike.

ENTERED: December 17, 1998

/s/ Joseph E. Lambert
Chief Justice